*REMAND/MADE JS-6*

1

2

3

4

5

6

7

8  UNTIED STATES DISTRICT COURT

9  CENTRAL DISTRICT OF CALIFORNIA

10

11  BRITTANY LATALION
    JOHNSON, an individual,

12                                        Case No.  CV 12-2788-GW(PLAx)

                  Plaintiff,
13                                        **ORDER REMANDING CASE BACK
                                          TO THE LOS ANGELES SUPERIOR
14       v.                               COURT**

15  GARFIELD BEACH CVS L.L.C., a
    California Corporation, dba CVS
16  PHARMACY; CATRINA
    GONZALES, an individual, and
17  DOES 1 THROUGH 20, inclusive

18                Defendant.

19

20

21

22

23

24

25

26

27

28

EDWARDS WILDMAN
PALMER LLP
ATTORNEYS AT LAW
BEVERLY HILLS

CH-2205142v1                              CASE NO. CV 12-2788-GW(PLAx)

1         A Stipulation by the Parties requests an Order to remand the case back to the

2   Los Angeles Superior Court, based upon the Plaintiff filing an Amended Complaint

3   dismissing her cause of action alleging violation of her rights under the Family

4   Medical Leave Act ("FMLA") 29 U.S.C.A.§§ 2601-2654.

5         The Court finds there is good cause to remand the case back the Los Angeles

6   Superior Court.

7         IT IS SO ORDERED.

8

9   DATED:  May 22, 2012

10

11   _____

12        Hon. George H. Wu
         United Stated District Court Judge

13

14   Submitted by:

15   EDWARDS WILDMAN PALMER LLP
    Elizabeth L. Zepeda

16

17    /s/ Elizabeth L. Zepeda

18

19

20

21

22

23

24

25

26

27

28

EDWARDS WILDMAN
PALMER LLP
ATTORNEYS AT LAW
BEVERLY HILLS

CH-2205142v1             - 2 -           CASE NO. CV 12-2788-GW(PLAx)

PROPOSED ORDER REMANDING THE CASE BACK TO THE LOS ANGELES SUPERIOR COURT